UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULA KOLB<br>　　　　Plaintiff<br><br>　　　　vs<br><br>COUNTY OF TUOLUMNE<br>　　　　Defendant | **NEW CASE NO.  1:08-cv-00454-GSA**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:08-cv-00454-AWI-GSA |

　　IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge GARY S. AUSTIN as Presiding Judge of the above entitled action. Plaintiffs filed their consent on July 8, 2008 and Defendants filed their consent on November 30, 2007 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:1:08-cv-00454-GSA

IT IS SO ORDERED.

**Dated:   July 10, 2008**　　　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE