UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULA MAE KOLB,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF TUOLUMNE, and DOES 1 through 100, inclusive<br><br>  Defendants. | Case No.: 1:08-CV-454 GSA<br><br>**JUDGMENT** |

Pursuant to the terms of the Rule 68 Offer and Acceptance, this Court enters JUDGMENT in favor of the plaintiff and against defendant, County of Tuolumne, in the amount of $15,000.00, which amount is inclusive of attorney's fees and costs. Accordingly, the Clerk of the Court is ordered to close this case.

**IT IS SO ORDERED**.

Dated: December 4, 2008           By: <u>Gary S. Austin</u>
                                      Gary S. Austin
                                      United States Magistrate Judge