# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EULA KOLB, | ) | 1:08-cv-454 GSA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING JOINT MOTION TO DISMISS |
| | ) | |
| COUNTY OF TUOLUMNE, | ) | (Doc. 19) |
| | ) | |
| Defendant. | ) | |

On December 4, 2008, pursuant to the request of the parties, this court issued a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Doc. 18. The judgment closed this case. On January 9, 2009, the parties filed a Joint Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The reason for the current request is not clear. Moreover, in light of the judgment issued in this case, the request for dismissal is moot. Accordingly, the parties' motion is DENIED. If the parties are seeking to alter, amend, or relieve a party from the judgment, a motion needs to be filed pursuant to Rule 60 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

1 | Dated:   **January 15, 2009**              **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE

2